ORIGINAL

1  Karl Avetoom
2  1100 Rutland Road # 9
   Newport Beach, CA 92660
   (949) 929-4787
3  kia002@att.net
   Creditor, In Pro Per



FILED
APR 19 2018
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:              Deputy Clerk

ENTERED
APR 20 2018
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:              Deputy Clerk

LODGED
APR 18 2018
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:              Deputy Clerk

4  Gates, O'Doherty, Gonter & Guy LLP
5  K. Robert Gonter SBN: 105465
6  38 Discovery #200
   Irvine, CA 92618

7  Attorneys for Beach Crest Villa Homeowners Association

8

9                UNITED STATES BANKRUPTCY COURT

10       CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

11  In re:                              )  Adv. Proc. No:     8:12-ap-01258-ES
                                        )
12  Moisey Fridman and Rosa Fridman,    )  Related Case No:   8:12-bk-11721-ES
                                        )
13                          Debtors     )  Hon: Erithe A. Smith
                                        )
14  _____ )  Chapter 7
                                        )
15  Karl Avetoom and Beach Crest Villas )
                                        )  **ORDER GRANTING PLAINTIFFS KARL**
16  Homeowners Association              )  **AVETOOM AND BEACH CREST VILLAS**
                                        )  **HOMEOWNERS ASSOCIATIONS JOINT**
17                        Plaintiffs    )  **MOTION FOR AN ORDER TO REMOVE**
                                        )  **ADVERSARY PROCEEDING FROM**
18              v.                      )  **ABEYANCE STATUS AND FOR AN ORDER**
                                        )  **DISMISSING THE ADVERSARY**
19  Moisey Fridman and Rosa Fridman,    )  **PROCEEDING**
                                        )
20                        Defendants    )
                                        )  Date:  April 5, 2018
21                                      )  Time:  10:30 A.M.
                                        )  Place: Courtroom "5A"
22                                      )         411 West Fourth Street
                                        )         Santa Ana, CA
23                                      )
24  _____ )

25       On April 5, 2018 at 10:30 a.m. a hearing was held before the Honorable Erithe A. Smith,

26  United States Bankruptcy Judge for the Central District of California, Santa Ana Division, in

27  Courtroom "5A" located at 411 West Fourth Street, Santa Ana, California, for the Court to Plaintiff

28  Karl Avetoom And Beach Crest Villas Homeowners Association Joint Motion For An Order To



1

Remove Adversary Proceeding From Abeyance Status And For An Order Dismissing The Adversary Proceeding.

The Court, after reviewing the moving papers, and with no opposition on file, adopted its tentative ruling incorporated herein as Exhibit "1" as the Court's final ruling:

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Court's prior order holding this adversary proceeding 8:12-ap-01258-ES in abeyance is hereby vacated; and

2. The adversary proceeding 8:12-ap-01258-ES is hereby dismissed.

**IT IS SO ORDERED.**

DATED: 4/19/18

_Erithe A. Smith_
U. S. BANKRUPTCY JUDGE
ERITHE A. SMITH

*EXHIBIT "1"*

United States Bankruptcy Court
Central District of California
Santa Ana
Judge Erithe Smith, Presiding
Courtroom 5A Calendar

**Thursday, April 05, 2018**  **Hearing Room    5A**

10:30 AM
**8:12-11721    Moisey Fridman**    **Chapter 7**
Adv#: 8:12-01258    Avetoom et al v. Fridman et al

#14.00    Hearing RE: Plaintiff Karl Avetoom and Breach Crest Villas Homeowners Association Joint Motion for an Order to Remove Adversary Proceeding from Abeyance Status and for an Order Dismissing the Adversary Proceeding

Docket    41

**Courtroom Deputy:**
- NONE LISTED -

**Tentative Ruling:**

**April 5, 2018**

Grant motion

*Note: This matter appears to be uncontested. Accordingly, no court appearance by the Movant is required. Should an opposing party file a late opposition or appear at the hearing, the court will determine whether further hearing is required and Movant will be so notified.*

| Party Information |
|---|

**Debtor(s):**

| | |
|---|---|
| Moisey Fridman | Represented By<br>Michael Jones<br>Laily Boutaleb<br>Michael Galang David<br>Andrew Edward Smyth<br>Sherilyn L ODell |

**Defendant(s):**

| | |
|---|---|
| Moisey Fridman | Pro Se |
| Rosa Fridman | Pro Se |

# United States Bankruptcy Court
## Central District of California
### Santa Ana
### Judge Erithe Smith, Presiding
### Courtroom 5A Calendar

**Thursday, April 05, 2018**                                                            Hearing Room    5A

10:30 AM
**CONT...**    **Moisey Fridman**                                                          Chapter 7

### Joint Debtor(s):

Rosa Fridman                             Represented By
                                            Michael Jones
                                            Laily Boutaleb
                                            Michael Galang David
                                            Sherilyn L ODell

### Plaintiff(s):

Karl Avetoom                             Pro Se

Beach Crest Villas Homeowner's           Represented By
                                            Karl R Gonter Jr

### Trustee(s):

Karl T Anderson (TR)                     Represented By
                                            Thomas J Polis
                                            Juliet Y Oh
                                            Todd A Frealy
                                            Carmela Pagay
                                            Lindsey L Smith